**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**RUSSELLVILLE LEGENDS, LLC**                                                    **PLAINTIFF**

**v.**                            **Case No. 4:19-CV-00524-BSM**

**UNITED STATES ARMY CORPS
OF ENGINEERS, *et al.***                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 31st day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE